B18W (Form 18W)(08/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number**  04–41910–DOT
**Chapter**  13

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Larry Milton Williams<br>2207 2nd Avenue<br>Richmond, VA 23222 | Janice Belinda Williams<br>2207 2nd Avenue<br>Richmond, VA 23222 |

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):
Debtor: xxx–xx–1550                                                Joint Debtor: xxx–xx–4235

Employer Tax–Identification (EIN) No(s).(if any):
Debtor:  NA                                                                   Joint Debtor:  NA

## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated:  October 27, 2008                              William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Form 18W (08/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: luedecket              Page 1 of 1                   Date Rcvd: Oct 27, 2008
Case: 04-41910                 Form ID: B18W                Total Served: 32
```

The following entities were served by first class mail on Oct 29, 2008.
```
db         +Larry Milton Williams,    2207 2nd Avenue,    Richmond, VA 23222-4608
jdb        +Janice Belinda Williams,    2207 2nd Avenue,    Richmond, VA 23222-4608
7570134    +Advance Financial Services,    5501 Patterson Ave., Suite 203,    Richmond, VA 23226-2025
6584546    +Advance Financial Services, LLC,    311 W. Franklin Street, Suite 108,    Richmond, VA 23220-4963
6584547    +Allied Interstate,    3200 Northline, Suite 160,    Greensboro, NC 27408-7613
6622135    +Beneficial Discount Co. of Virginia,    961 Weigel Dr.,    Elmhurst, IL 60126-1058
6584550    +City of Richmond - Tax,    900 E. Broad St., Ste 100,    Richmond, VA 23219-6115
7081638    +City of Richmond, VA,    900 East Broad Street,    attn: D. Padgett Room 102, City Hall,
             Richmond, VA 23219-6115
6584551     Corporate Collection,    PO Box 22630,    Cleveland, OH 44122-0630
6584552    +Credit Management,    4200 International Pkwy,    Carrollton, TX 75007-1912
6584553    +Drs. Baum & Moore, DDS Inc,    25 S. Nansemond Street,    Richmond, VA 23221-2746
6584554    +Earthlink Inc.,    PO Box 530580,    Atlanta, GA 30353-0580
6584555    +Feidler & Long, PLLC,    1216 Prince Street,    Alexandria, VA 22314-2936
6670955    +Household,    P.O. Box 2370,    Chesapeake, VA 23327-2370
6798603     Household Finance Corporation/Beneficial,    by eCAST Settlement Corporation,    P.O. Box 35480,
             Newark, NJ  07193-5480
6688523     Jefferson Capital Systems, LLC,    POB 23051,    Columbus, GA 31902-3051
6584558    +Lane Bryant,    Po Box 182121,    Columbus, OH 43218-2121
6584562    +U.S. Trustee Office,    600 E. Main St., Suite 120,    Richmond, VA 23219-2430
6624788    +World Financial Network National Bank,    Lane Bryant Mail Order,    c/o Weinstein & Riley, P.S.,
             2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
6624787    +World Financial Network National Bank,    Lerner Mail Order,    c/o Weinstein & Riley, P.S.,
             2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
```

The following entities were served by electronic transmission on Oct 28, 2008.
```
6592707    +EDI: HFC.COM Oct 28 2008 08:44:00      Beneficial Mortgage Co. of Virginia,    961 Weigel Dr.,
             Elmhurst, IL 60126-1058
6584548    +EDI: HFC.COM Oct 28 2008 08:44:00      Beneficial/household Finance,    2700 Sanders Rd,
             Prospect Heights, IL 60070-2701
6836061    +EDI: CAPITALONE.COM Oct 28 2008 08:34:00      CAPITAL ONE,    PO BOX 85167,
             RICHMOND VA 23285-5167
6584549    +EDI: CAPITALONE.COM Oct 28 2008 08:34:00      Capital 1 Bk,    11013 W Broad St,
             Glen Allen, VA 23060-5937
6584556    +EDI: HFC.COM Oct 28 2008 08:44:00      Hfc - Usa,    P.o. Box 1547,    Chesapeake, VA 23327-1547
6670956    +EDI: HFC.COM Oct 28 2008 08:44:00      Household,    P.O. Box 4153,    Carol Stream, IL 60197-4153
6584557     EDI: HFC.COM Oct 28 2008 08:44:00      Household,    PO Box 17574,    Baltimore, MD 21297-1574
6584559    +EDI: WTRWFNNB.COM Oct 28 2008 10:09:00      Lerner,    PO Box 659728,    San Antonio, TX 78265-9728
6584560    +EDI: RMSC.COM Oct 28 2008 08:48:00      Lowes/mbga,    Po Box 103065,    Roswell, GA 30076-9065
6584561    +EDI: MID8.COM Oct 28 2008 09:24:00      Midland Credit Mgmt,    8875 Aero Dr,
             San Diego, CA 92123-2251
7713303     EDI: ECAST.COM Oct 28 2008 08:13:00      eCAST Settlement Corporation,    POB 35480,
             Newark NJ 07193-5480
6743345     EDI: ECAST.COM Oct 28 2008 08:13:00      eCAST Settlement Corporation, assignee of,
             General Electric Private,    Label/LOWES/RETAIL,    P.O. Box 35480,    Newark, NJ  07193-5480
                                                                                              TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Advance Financial Services, LLC
cr           Beneficial Mortgage Co. of Virginia
cr*          eCAST Settlement Corporation,    POB 35480,    Newark, NJ  07193-5480
                                                                                              TOTALS: 2, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2008**                    **Signature:**    *Joseph Speetjens*